# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

134448

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GARY WADE TAYLOR,
      Plaintiff-Appellee,

v

                                      SC: 134448
                                        COA: 274655
                                        Macomb CC: 05-004188-DP

KIMBERLY SUE MUSE,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the June 8, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

p1022